UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6-09-bk-02202-ABB

In re:

DENNIS J. MOPE,

    Debtor.
_____/

TRUSTEE'S CONSENT TO MOTION FOR RELIEF FROM
STAY BY NET BANK C/O SYSTEMS & SERVICES TECHNOLOGIES

    COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting ***in rem relief*** from the automatic stay by Net Bank c/o Systems and Services Technologies (Document No. 18) relating to a: 2004 Nissan 350Z, VIN#JN1AZ34DX4T163822, as the collateral is to be surrendered per the Plan filed by the Debtor.

    Dated this 30th day of March, 2009.

                                            /s/ Laurie K. Weatherford____
                                            Laurie K. Weatherford, Trustee
                                            Samuel R. Pennington, Esq.
                                            Fla. Bar No. 0779326
                                            P.O. Box 3450
                                            Winter Park, FL 32790
                                            (407) 648-8841

:\BKRY\13\consent.pld