☒ AMENDED CHAPTER 13 PLAN

Debtor:      Dennis John Mope,                    Case No.: 6:09-bk-02202-ABB

The projected disposable income of the debtor(s) is submitted to the supervision and control of the Trustee, and the debtor(s) shall pay to the Trustee by money order or cashier's check commencing by the 30th day following the filing of the original Chapter 13 Plan the sum of $3,435.00 for months No. 1 to month No. 60. From the payments received, the Trustee shall make disbursements as follows:

PRIORITY: The Trustee percentage fee as set by the United States Trustee, AND:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| James H. Monroe | $3,000.00 | $200.00<br>$75.00<br>$200.00<br>$50.00 | 1 through 8<br>9 through 10<br>11 through 16<br>Payment 17 |
| James H. Monroe | $1,000.00<br>(monitoring fee) | $125.00 | 9 through 10<br>20 through 21<br>39 through 40<br>51 through 52 |

SECURED:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| American Home Mortgage Servicing, Inc. | $445,666.229 | $2,865.86 | 1 through 60 |

POST PETITION PAYMENT:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| American Home Mortgage Servicing, Inc. | $2,865.86 | $25.00<br>$175.00<br>$225.00<br>$100.00<br>$225.00<br>$100.00<br>$225.00<br>$90.86 | 1 through 16<br>Payment 17<br>18 through 19<br>20 through 21<br>22 through 26<br>27 through 28<br>Payment 29<br>Payment 30 |

SECURED ARREARAGE:                    None
LEASES:                               None
CREDITORS' LIENS TO BE AVOIDED:       None

UNSECURED CREDITORS: whose claims are allowed shall receive a pro rata share of the balance of funds remaining after payments to Priority and Secured creditors are made.
Approximate percentage: 3%

OTHER PROVISIONS:

1. Secured creditors shall retain their liens until their claims are paid in full. Upon payment of the secured creditor's claim in full and upon either entry of the discharge or further applications in this Court by the debtor, the creditor shall record a satisfaction of lien and turnover title to the debtor.

2. The effective date of the plan shall be the date the Chapter 13 plan is confirmed.

3. Assumption or rejection of executory contracts and unexpired leases shall be accomplished by notice separate from this plan.

4. Any claims filed after the claims bar date shall not receive distribution under this plan, unless specifically provided for above.

5. All payments made timely to the Trustee shall be deemed to be timely payment to each creditor.

6. All property shall revest in the Debtor upon confirmation of the Plan. The Court shall retain jurisdiction to determine all post-petition costs and attorney's fees associated with the claims filed in this case.

7. In the event the instant case is converted to a Chapter 7, or if it is dismissed, then any refunds that are due to the Debtors shall be issued to Debtors' counsel to reduce any outstanding attorney's fees.

8. Confirmation of the plan, completion of the plan by the debtor and discharge shall impose a duty and legal obligation on the holders and/or the servicers of any claims secured by liens, mortgages and deeds of trust on residential real property to:

    (a) Apply the payments received from the trustee on the pre-petition arrearages, if any, and only to such arrearages;

    (b) Deem the pre-petition arrearages as contractually cured upon confirmation of the plan and discharge of the debtor, thereby precluding the imposition of late payment charges or other defaulted-related fees and services during the life of the plan based solely on the pre-petition default or defaults;

    (c) Apply the direct post-petition mortgage payments, if any, paid by the trustee or by the debtor(s) to the month in which they were designated to be made under the plan or directly by the debtor(s), whether or not such payments are immediately applied to the loan or placed into some type of suspense, forbearance or similar account;

    (d) Notify the trustee, the debtor(s) and attorney for the debtor(s) in writing of any changes in the interest rate for non-fixed rate or any adjustable rate mortgages and the effective date of any such adjustment or adjustments;

    (e) Notify the trustee, the debtor(s) and attorney for the debtor(s) in writing of any change in the property taxes and/or property insurance that would either increase or

reduce the escrow portion, if any, of the monthly mortgage payments and the effective date of any such adjustment or adjustments;

(f) Refrain from directly paying or attempting to pay any pre-petition tax obligation that the debtor(s) have included in their plan to be paid under their plan unless a motion is filed to modify the plan with adequate notice and hearing to the debtor(s), the trustee and the attorney for the debtor(s);

(g) Refrain from ever assessing, charging, imposing, advancing or billing any type of fees or charges (such as legal fees, broker price opinion fees, property inspection fees, property preservation fees, etc) to the mortgage loan which are incurred during the life of the plan of the debtor(s) either post- petition or pre-confirmation or post-confirmation and pre-discharge unless such fees or charges have been approved by the Bankruptcy Court upon the filing of a proper application for the approval of such fees and charges under Rule 2016(a) of the Rules of Bankruptcy procedure and adequate notice and hearing;

9. Acceptance by creditors of payments under this plan and/or failure of any creditor to file an objection to confirmation of the plan herein, constitutes waiver of any right(s) of said creditor(s) to seek enforcement of any arbitration agreement **and** constitutes consent to the removal of any arbitration clause from any type of contact or contracts with the debtor(s) herein except as prohibited by Section 1322(b)(2) regarding the principal residence of the debtor.

10. The debtor is surrendering his interest in the 2004 Dodge Durango. Debtor's daughter will continue to make the payments directly to Chrysler Financial.

11. The debtor is surrendering his interest in the 2004 Nissan 350Z. The co-debtor, Denise Mope, will continue to make payments directly to Systems & Services Technologies.

12. The debtor is surrendering his interest in the 2007 Jaguar. Sandra Mope will continue to make payments directly to Jaguar Credit.

## DECLARATION OF DEBTORS

I, DENNIS JOHN MOPE, do hereby declare under penalty of perjury, that I have read the foregoing Amended Chapter 13 Plan and that it is true to the best of my knowledge, understanding and belief.

_____          Dated: 8-7-09
Signature of Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Chapter 13 Plan has been furnished by First Class, U.S. Mail, postage pre-paid or electronic transmission on this *14th* day of *August*, 2009 to Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32792 and to all creditors and parties in interest on the attached mailing matrix.

James H. Monroe
Florida Bar No. 311995
P.O. Box 540163
Orlando, Florida 32854-0163
(407)872-7447
Fax No.: (407) 872-7491
Email: jamesmonroe@jamesmonroepa.com
Attorney for Debtor(s)

Label Matrix for local noticing
113A-6
Case 6:09-bk-02202-ABB
Middle District of Florida
Orlando
Fri Aug 14 09:06:45 EDT 2009

AHMSI
4875 Belfort Road Suite 130
Jacksonville, Florida 32256-6059

ATT Universal Card
PO Box 6940
The Lakes, NV 88901-6940

American Home Mortgage Servicing, Inc.
4875 Belfort Road
Suite 130
Jacksonville, FL 32256-6059

American Home Mtg
4875 Belfort Rd Ste 130
Jacksonville FL 32256-6059

American Infosource Lp As Agent for
Fia Card Services, NA/Bank of America
PO Box 248809
Oklahoma City, OK 73124-8809

Bank Of Ameirca
PO Box 15731
Wilmington, DE 19886-5731

Bank Of America
PO Box 15019
Wilmington, DE 19886-5019

Bank Of America
PO Box 15184
Wilmington, DE 19850-5184

Bank Of America
PO Box 15726
Wilmington, DE 19886-5726

Bank Of America
PO Box 21848
Greensboro, NC 27420-1848

Bank of America NA
Po Box 26012
NC4 105 03 14
Greensboro NC 27420-6012

Bright Future
8409 Tibet Butler Drive
Windermere, FL 34786-5307

Business Card
PO Box 15710
Wilmington, DE 19886-5710

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Chase Card Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Chase United Mileage Plus
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Chrysler Financial
PO Box 9001921
Louisville, KY 40290-1921

Chrysler Financial Services
Robert J Fehse
88 Union Ave Ste 700
Memphis TN 38103-5128

Chrysler Financial Services
Trustee Lockbox
POB 9001897
Louisville KY 40290-1897

Chrysler Financial Services Americas, LLC
Trustee Lockbox
POB 9001897
Louisville, KY 40290-1897

Citi Residential Lending
PO Box 5926
Carol Stream, IL 60197-5926

CitiBusiness Card
Po Box 6411
The Lakes, NV 88901-6411

CitiCard
PO Box 6406
The Lakes, NV 88901-6406

Denise Mope
2915 Clybourn, Apt 306
Chicago, IL 60618-8280

Dennis Mope, PA
8409 Tibet Butler Drive
Windermere, FL 34786-5307

Discover Card
PO Box 71084
Charlotte, NC 28272-1084

EXPO Credit Services
Processing Center
PO Box 689100
Des Moines, IA 50368-9100

FIA Card Services
POB 248809
Oklahoma City OK 73124-8809

Robert J. Fehse
Hale Dewey Knight PLLC
88 Union Avenue
Suite 700
Memphis, TN 38103-5128

```
Fia Card Services, N.A.                Florida Department of Revenue        GE Consumer Finance
Attn. Mr. Bk                           Bankruptcy Unit                      For GE Money Bank
1000 Samoset Drive                     Post Office Box 6668                 dba EMPIRE/GEMB
DE5-023-03-03                          Tallahassee FL 32314-6668            PO Box 960061
Newark, DE 19713-6000                                                       Orlando FL 32896-0061


GE Money Bank/Empire                   (p)INTERNAL REVENUE SERVICE          Jaguar Credit
PO Box 960061                          CENTRALIZED INSOLVENCY OPERATIONS    P O  Box 553179
Orlando, FL 32896-0061                 PO BOX 21126                         Detroit MI  48255-3179
                                       PHILADELPHIA PA 19114-0326


Jaguar Credit                          Jaguar Credit                        (c)KEVIN E MANGUM
PO Box 55000                           POB 537950                           MANGUM & ASSOCIATES PA
Detroit, MI 48255-0001                 Livonia MI 48153-7950                101 SUNNYTOWN RD STE 200
                                                                            CASSELBERRY FL  32707-3862


James H Monroe                         Dennis John Mope                     Net Bank
James H. Monroe, P.A.                  8409 Tibet Butler Drive              Systems & Services Technologies
Post Office Box 540163                 Windermere, FL 34786-5307            4315 Pickett Rd Bankrupcty Dept
Orlando, FL 32854-0163                                                      St Joseph MO 64503-1600


Net Bank                               Net Bank c/o SST, Inc.               Net Bank c/o SST, Inc.
c/o Systems & Services Technologies    c/o J. Ward Holliday & Associates    4315 Pickett Road
J Ward Holliday & Assoc                501 Elm Street                       Bankruptcy Department
501 Elm St Ste 400                     Suite 400, LB 13                     St. Joseph, MO 64503-1600
Dallas TX 75202-3321                   Dallas, TX 75202-3303


Orange County Tax Collector            PRA  Receivables Management LLC      PRA Receivables Management, LLC
Attn:  Earl K. Wood                    POB 41067                            As Agent Of Portfolio Recovery Assocs.
Post Office Box 2551                   Norfolk, VA 23541-1067               POB 41067
Orlando FL 32802-2551                                                       NORFOLK VA 23541-1067


PRA Receivables Mgmt                   Portfolio Recovery Associates, LLC   Roundup Funding, LLC
POB 12914                              P.O. Box 41067                       MS 550
Norfolk VA 23541-0914                  Norfolk, VA 23541-1067               PO Box 91121
                                                                            Seattle, WA 98111-9221


Sallie Mae Guarantee Svcs              Sallie Mae Inc. on behalf of         Sandra Mope
attn: Deposit Operations               United Student Aid Funds, Inc.       1187 Joiner Road
PO Box 7167                            Attn: Bankruptcy Litigation Unit E3149  Monticello, FL 32344-5073
Indianapolis IN 46207-7167             P.O. Box 9430
                                       Wilkes-Barre, PA 18773-9430


Schools For Sale, Inc.                 SunTrust Recovery Dept               Suntrust Bank
8409 Tibet Butler Drive                CS-RVW-7942                          Attn: Support Services
Windermere, FL 34786-5307              PO Box 85041                         PO Box 85092
                                       Richmond, VA 23285-5041              Richmond VA 23286-0001


Systems & Service Technologies         Laurie K Weatherford                 eCAST Settlement Corporation assignee of Cha
PO Box 790079                          Post Office Box 3450                 Bank USA NA
St. Louis, MO 63179-0079               Winter Park, FL 32790-3450           POB 35480
                                                                            Newark NJ 07193-5480
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114


Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Kevin E Mangum
Mangum & Associates PA
5100 Highway 17-92
Suite 200
Casselberry, FL 32707


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman          (u)Chrysler Financial Services Americas, LLC          (d)Portfolio Recovery Associates, LLC
Orlando                                                                                PO Box 41067
                                                                                       Norfolk VA 23541-1067


End of Label Matrix
Mailable recipients    59
Bypassed recipients     3
Total                  62